**FILED**

AUG 0 4 2020

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. **20 CR 456** |
| v. | Violation: Title 21, United States Code, Section 841(a)(1) |
| JUAN YANEZ and KEIJOE HATCHETT | **UNDER SEAL**  JUDGE BLAKEY |

**COUNT ONE**  MAGISTRATE JUDGE WEISMAN

The SPECIAL NOVEMBER 2019 GRAND JURY charges:

On or about July 23, 2019, at Melrose Park, in the Northern District of Illinois, Eastern Division, and elsewhere,

JUAN YANEZ,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, 500 grams or more of a mixture and substance detaining a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

1

## COUNT TWO

The SPECIAL NOVEMBER 2019 GRAND JURY further charges:

On or about July 23, 2019, at Stone Park, in the Northern District of Illinois, Eastern Division, and elsewhere,

KEIJOE HATCHETT,

defendant herein, did knowingly and intentionally possess with intent to distribute a controlled substance, namely, 500 grams or more of a mixture and substance detaining a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____

FOREPERSON

_____
Signed by Erika Csicsila on behalf of the
UNITED STATES ATTORNEY